IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By jburrell at 5:07 pm, Jan 15, 2019

RANDY SIMMONS,

    Plaintiff,

v.

JOAQUIN CORTEZ; JUDGE RUSSELL CAVENDER; PROSECUTOR HENDRIX; and CLERK WATERS,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-145

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 27, 2018 Report and Recommendation, (doc. 19), to which the parties have not filed any objections. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action, **DENIES** Plaintiff's "Motion for Each Individual (Under State 'Color of Law') Non-Exemption; Due Violation Ethnic Misconduct," (doc 6), **DENIES** Plaintiff's Motion for Preliminary Injunction, (doc. 15), and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA